IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DETERRIUS L. WILSON**  **PLAINTIFF**
*ADC #148279*

v.    CASE NO. 2:23-CV-00044-BSM

**RANDY PHILHOURS,**
**Circuit Judge, Crittenden County,** *et al.*    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE